# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAY NEWMAN, | ) NO. CV 07-4145-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A. HEDGPETH, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 7, 2011 .

*S. James Otero*

————————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE